FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2018 JUN 26 AM 8: 40

CLERK
SO. DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MICHAEL JEROME KING, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:18-cv-39 |
| v. | * | |
| HADLEY H. MANN; ROGER LANE; and JONATHAN LOCKWOOD, | * | |
| Defendants. | * | |

### ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 10, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 25 day of June, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA